JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4025 Direct
(212) 972-3213 Fax
Lori.Bauer@jacksonlewis.com

Request GRANTED. The initial pretrial conference is ADJOURNED to **October 30, 2026**, at **11:00 a.m.**

Dated: September 28, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

September 26, 2026

**Via ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

**RE:** ***Zazueta Jr. v. Maison Premiere Corp. et al***
**Case No.: 1:26-cv-01855-JLR**

Dear Judge Rochon,

This Firm represents Defendants, The Downtown LLC ("The Downtown"), Joshua Boissy ("Boissy"), and Andres Oyola ("Oyola") (collectively referred to as "The Downtown Defendants") in the above-referenced matter. For the reasons outlined below, we write jointly with counsel for Defendants Maison Premiere Corp. and Premier Enterprises LLC (collectively referred to as the "Premiere Defendants") pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases ("Individual Rules") to respectfully request a thirty-day adjournment of the Initial Pretrial Conference currently scheduled for October 8, 2026 (the "Initial Conference") and the accompanying Joint Letter and Proposed Civil Case Management Plan currently due to be filed September 28, 2026 (the "Joint Submission"). Plaintiff does not consent to this request.

Counsel for The Downtown Defendants and Plaintiff's counsel conferred on September 18, 2026 pursuant to Federal Rule of Civil Procedure 26. Counsel for the Premiere Defendants was unable to participate in the conference as he had not yet been retained as counsel in this matter. At the conference, participating counsel also discussed the required Joint Submission, and Plaintiff's counsel indicated that he would be out of office September 26, 2026 through October 4, 2026, and therefore requested that the Joint Submission be finalized prior to his departure. Plaintiff's counsel stated that he would draft the Joint Submission and send to the The Downtown Defendants' counsel for review with ample time for revisions prior to the deadline. Plaintiff's counsel did not provide a draft Joint Submission until the afternoon of September 23, 2026 and requested revisions by end of day on September 24, 2026 so that the Joint Submission could be finalized and filed prior to his departure. The Downtown Defendants require additional time to discuss necessary elements of the draft Joint Submission with our clients, one of whom is no longer employed by The Downtown, prior to finalizing and filing. The requested adjournment would also allow all parties to meet and confer prior to completing the Joint Submission, as necessary.

In addition, as stated in the Premiere Defendants' Letter Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint dated September 24, 2026 (Dkt. No. 46), counsel for the Premiere Defendants were retained on September 21, 2026 in the above-

captioned matter. Plaintiff's counsel and counsel for the Premiere Defendants are currently in communication as to whether the Premiere Defendants should be dismissed from the action. Plaintiff's counsel has requested further documentation that supports the dismissal of the Premiere Defendants which counsel to the Premiere Defendants is actively pursuing. On September 24, 2026, the Court granted the Premiere Defendants' Request for an Extension of Time to Answer or Otherwise Respond to the Complaint to October 22, 2026 (Dkt. No. 47). Due to the costs involved, all Defendants aver that efficiency favors adjourning the Conference until any improper parties to this action are dismissed. If Plaintiff's counsel does not consent to dismiss the Premiere Defendants from this action, said Defendants intend to file a motion to dismiss. Therefore, the collective Defendants respectfully request an adjournment of the Initial Conference and Joint Submission.

Finally, the associate assisting in representation of The Downtown Defendants, Michaela J. Mancini, is unavailable for the currently scheduled Initial Conference and wishes to participate pursuant to Your Honor's Individual Rule 2(C), as she anticipates playing a substantial role in this matter as litigation progresses.

This is the first request for an adjournment of the Initial Conference and Joint Submission. No other deadlines in this matter will be affected by the requested extension. All parties are available on the following dates for the Initial Case Management Conference: October 30, 2026 and November 9, 2026. The parties were unable to select a third mutually agreeable date.

Additionally, please be advised that the undersigned intended to file this request on September 25, 2026, but was unable to file the document due to widespread Pacer outages. As such, pursuant to Southern District of New York Electronic Case Filing Rule 23.6, the undersigned hereby states that Defendants were unable to file this request by September 25, 2026 due to the interruption in electronic filing service. Please let us know if the Court requires any additional information regarding this issue.

Thank you for Your Honor's consideration. Please let us know if the Court has any questions.

Respectfully Submitted,

JACKSON LEWIS P.C.

*/s/ Lori Bauer*
Lori Bauer, Esq.
Michaela J. Mancini, Esq.

*Attorneys for Defendants The Downtown, LLC, Joshua Boissy, and Andres Oyola*

PICK & ZABICKI LLP

*/s/ Douglas J. Pick*__________________
Douglas J. Pick
*Attorneys for Defendants Maison Premiere Corp. and Premier Enterprises LLC*

cc: Plaintiff's Counsel via ECF